## SECOND DEPARTMENT, OCTOBER, 1929.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE ACCORSI, Appellant, v. SHERIFF OF RICHMOND COUNTY and WARDEN OF THE COUNTY JAIL, RICHMOND COUNTY, STATE OF NEW YORK, Respondents.— On argument, appeal withdrawn. Order of this court staying execution of warrant of extradition of the Governor of the State of New York directing the delivery of the relator to the State authorities of the State of Pennsylvania and remanding relator to the custody of the sheriff of Richmond county vacated. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

HELEN O. RIORDAN, Appellant, v. JAMES FRANK and Others, Defendants. ZABRISKIE, SAGE, GRAY & TODD, as Attorneys, Respondents.— On argument, order substituting attorneys modified so as to fix the compensation payable to respondents at the sum of $150, to be paid forthwith, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

CARRIE ASKELSEN, as Administratrix, etc., of LARS ASKELSEN, Deceased, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ALICE M. BENSON, as Administratrix, etc., of IRA H. BENSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CATHERINE BOOCHER, Respondent, v. TOLLNER & DRAYCOTT, INC., Defendant. HERMAN A. MILLER, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CAROL GOULD BRESS, Respondent, v. GEORGE M. BRESS, Appellant.— Motion for stay granted to the extent indicated in the order to show cause. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CAROL GOULD BRESS, Respondent, v. GEORGE M. BRESS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

EDMOND S. BUTLER, an Infant, by EDMUND W. BUTLER, His Guardian ad Litem, Respondent, v. ARCHIBALD D. SMITH, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

EMILIO CANNISTRA, Respondent, v. PATSY DELIO, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JAMES CESIRO and MARY CESIRO, Respondents, v. THE JEWISH HOSPITAL, Appellant, and JOSEPH WEINSTEIN, Defendant.— Motion for stay granted. Present — Rich, Young, Hagarty, Seeger and Scudder, JJ.

JAMES CESIRO and MARY CESIRO, Respondents, v. THE JEWISH HOSPITAL, Appellant, and JOSEPH WEINSTEIN, Defendant.— Motion to dismiss appeal denied